**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Wellington and Pulaski Condominium Assocation, Inc.**    Case No. **11-36454**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Federal National Mortgage Association<br>c/o Ofc of the Secretary<br>Mailstop 1H 2S 05<br>3900 Wisconsin Avenue NW<br>Washington, DC 20016-2892 | | Non-Purchase Money | | **$40,000.00** |
| Federal Home Loan Mortgage Corp<br>5000 Plano Parkway<br>Carrollton, Texas 75010 | | Non-Purchase Money | | **$35,000.00** |
| Makendy Investment Corp.<br>1751D W. Howard St.<br>PMB 248<br>Park Ridge, IL 60068 | | UCC File #15714727 | | **$28,000.00**<br>Value: **$0.00** |
| Garelli Grogan Hesse & Hauert<br>340 W Butterfield Road<br>Suite 2A<br>Elmhurst, IL 60126 | | Legal Fees | | **$20,000.00** |
| Federal Home Loan Mortgage Corp<br>5000 Plano Parkway<br>Carrollton, Texas 75010 | | Non-Purchase Money | | **$12,000.00** |
| City of Chicago<br>c/o Corporation Counsel<br>30 N LaSalle St<br>Suite 800<br>Chicago, IL 60802 | | Utilities | | **$6,500.00** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE: **Wellington and Pulaski Condominium Assocation, Inc.**     Case No. **11-36454**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Deutsche Bank NA<br>c/o Codilis & Assoc<br>15W030 N Frontage Road<br>Burr Ridge, IL 60527 | | Non-Purchase Money | | **$6,400.00** |
| City of Chicago<br>c/o Corporation Counsel<br>30 N LaSalle St<br>Suite 800<br>Chicago, IL 60802 | | Utilities | | **$5,040.00** |
| People's Gas<br>310 Busse Road<br>Park Ridge, IL 60068 | | Utilities | | **$5,000.00** |
| City of Chicago<br>PO Box 6330<br>Chicago, IL 60680 | | Utilities | | **$5,000.00** |
| Berton C. Ring & Associates, PC<br>123 W. Madison St<br>Suite 1500<br>Chicago, IL 60602 | | Legal Fees | | **$4,000.00** |
| Groot Industries<br>PO Box 92317<br>Elk Grove Village, IL 60009 | | Utilities | | **$2,500.00** |
| Flood Brothers<br>17W697 Butterfield Road<br>Suite E<br>Oak Brook Terrace, IL 60181 | | Utilities | | **$1,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Wellington and Pulaski Condominium Assocation, Inc.**   Case No.   **11-36454**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **9/14/2011**                       Signature:  **/s/ James Reed**
                                                        *James Reed*
                                                        **President**