UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11-36454 |
| WELLINGTON & PULASKI | ) | |
| CONDOMINIUM ASSOCIATION, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge Pamela Hollis |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela Hollis, Bankruptcy Judge, in the courtroom 644 at the Everett McKinley Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in her stead and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## CERTIFICATE OF SERVICE

I, Adam S. Tracy, an attorney, hereby certify that a true and correct copy of this Motion was served upon the parties indicated in the attached service list through U.S. Mail deposited at 552 S. Washington St., Naperville, Illinois and the Court's Electronic Notice for Registrants on the 14th day of September, 2011.

By:  /s/ Adam S. Tracy
     The Tracy Firm, Ltd.
     552 S. Washington St.
     Suite 211
     Naperville, IL 60540
     (630) 536-8703 Tel
     (630) 689-9471 Fax
     at@tracyfirm.com
     ARDC No. 6287552

1

SERVICE LIST

Patrick Layng
United States Trustee
219 S. Dearborn St
#873
Chicago, IL 60604

Berton C. Ring & Associates, PC
123 W. Madision St
Suite 1500
Chicago, IL 60602

City of Chicago
PO Box 6330
Chicago, IL 60680

City of Chicago
c/o Corporation Counsel
30 N LaSalle St
Suite 800
Chicago, IL 60802

Deutsche Bank NA
c/o Codilis & Assoc
15W030 N Frontage Road
Burr Ridge, IL 60527

Federal Home Loan Mortgage Corp
5000 Plano Parkway
Carrollton, Texas 75010

Federal National Mortgage Association
c/o Ofc of the Secretary
Mailstop 1H 2S 05
3900 Wisconsin Avenue NW
Washington, DC 20016-2892

Flood Brothers
17W697 Butterfield Road
Suite E
Oak Brook Terrace, IL 60181

Garelli Grogan Hesse & Hauert
340 W Butterfield Road
Suite 2A
Elmhurst, IL 60126

Groot Industries
PO Box 92317
Elk Grove Village, IL 60009

Makendy Investment Corp.
1751D W. Howard St.
PMB 248
Park Ridge, IL 60068

People's Gas
310 Busse Road
Park Ridge, IL 60068
09/14/2011 08:39:36am

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | Case No. 11-36454 |
| **WELLINGTON & PULASKI** | ) | |
| **CONODMINIUM ASSOCIATION, INC.** | ) | |
| | ) | Chapter 11 |
| **Debtor.** | ) | |
| | ) | **Judge Pamela Hollis** |
| | ) | |

## MOTION TO EMPLOY PROFESSIONAL

NOW COMES the debtor, Wellington & Pulaski Condominium Association, Inc, by its attorney, Adam S. Tracy, and represents as follows:

1. Debtor has filed a voluntary petition under Chapter 11 of the Bankruptcy Code and pursuant thereto, has continued to operate its business.

2. Debtor has previously employed Adam S. Tracy as its attorney. Said attorney has experience in bankruptcy and is qualified to represent the debtor in this proceedings.

3. The debtor has selected Adam S. Tracy to act as counsel to advise debtor as to the following:

    a. to advise and consult with debtor upon its legal status and as to its obligations and duties as debtor in possession in the continued operations of its business and in the management of its property;

    b. to aid debtor in the negotiations with creditors and in the drafting of a disclosure statement and plan of reorganization;

4

c. to prepare motions, petitions, and applications and appear before the Court regarding such matters set forth in said petitions and seek relief in accordance with said petitions, together with preparations of orders that may be necessary;

d. to defend actions that may be instituted against debtor in these proceedings, and to try matters relating to said complaint; and

e. to perform and do all legal services which may be required by the debtor in connection with this proceeding.

4. Debtor will pay applicant the rate of $250.00 per hour for post-petition services for which applicant seeks approval for payment of any fees and expenses approved hereafter by the Court. A third-party, Provest Realty, Inc. previously tendered the sum of $4,000.00 to applicant on behalf of Debtor on September 7, 2011 as compensation for pre-petition services rendered.

5. The applicant does not have any connection with any of the creditors or any other parties in interest, and nor does he represent any interest adverse to the debtor or the estate of the debtor in the matters upon which the applicant is to be engaged. Any fees to be paid to the applicant will be subject to approval of this Court pursuant to Section 330 of the Bankruptcy Code and the guidelines set forth in 28 U.S.C. §586(a)(3)(A).

WHEREFORE, debtor prays that the employment of the aforesaid professional to represent debtor in the above proceeding be authorized and confirmed including approval of retainers for post-petition services with compensation to be set and approved by order of this Court.

Dated: September 14, 2011

                         Respectfully submitted,

                         WELLINGTON & PULASKI CONDOMINIUM

                         ASSOCIATION, INC.

                         __/s/ Adam S. Tracy_____
                         By Its Attorney-client

Adam S. Tracy
The Tracy Firm, Ltd.
552 S. Washington St.
Suite 211
Naperville, IL 60540
630.536.8703 Tel.
630.689.9471 Fax
at@tracyfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11-36454 |
| WELLINGTON & PULASKI | ) | |
| CONODMINIUM ASSOCIATION, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge Pamela Hollis |
| | ) | |

**VERIFIED STATEMENT OF PROFESSIONAL
PURSUANT TO BANKRUPTCY RULE 2014**

ADAM S. TRACY, being first duly sworn on oath, states that he has no connection with the Debtor in the above-captioned bankruptcy proceeding, any of its creditors or any other party in interest, or its respective attorneys or accountants, the United States Trustee, or any person in the Office of the United States Trustee and represents no interest adverse to that of the debtor in the matters upon which he is to be retained.

_____
Adam S. Tracy

Subscribed and sworn to before me this
12th day of September, 2011

_____
Notary Public

"OFFICIAL SEAL"
DAVORKA STEKOVIC
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES MARCH 29, 2015

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 11-36454 |
| **WELLINGTON & PULASKI** ) | |
| **CONODMINIUM ASSOCIATION, INC.** ) | |
| ) | Chapter 11 |
| **Debtor.** ) | |
| ) | **Judge Pamela Hollis** |
| ) | |

### ORDER APPROVING EMPLOYMENT OF PROFESSIONAL

UPON MOTION of the debtor for the employment of a professional and approval of a retainer, and it being represented to the court that the professional sought to be retained does not represent any interest adverse to the debtor or the estate of the debtor:

IT IS HEREBY ORDERED

1. That the debtor is authorized to employ Adam S. Tracy as attorney for the debtor in the above-titled Chapter 11 proceeding;

2. All compensation for this professional is subject to approval of the Court pursuant to Section 330 of the Bankruptcy Code

ENTERED THIS __th Day of September, 2011

_____
United States Bankruptcy Judge