# EXHIBIT B



Doc#: 0700915087 Fee: $234.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/09/2007 12:03 PM Pg: 1 of 49

DECLARATION OF CONDOMINIUM
PURSUANT TO THE CONDOMINIUM
PROPERTY ACT
WELLINGTON & PULASKI CONDOMINIUM

This Declaration made and entered into this 8th day of January, 2007, 3731 N. St. LOUIS, LLC, an Illinois Limited Liability Company, not individually (hereinafter sometimes referred to as the "Owner."

WITNESSETH:

WHEREAS, the Owner is the owner in fee simple of certain real estate, hereinafter described, in the City of Chicago, Cook County, Illinois; and

WHEREAS, the Owner intends to and does hereby submit such real estate, together with all buildings, structures, improvements, and other permanent fixtures of whatsoever kind thereon, all rights and privileges belonging or in anywise pertaining thereto, and any and all easements appurtenant thereto to the provisions of the Illinois Condominium Property Act; and

WHEREAS, the Owner desires to establish certain rights and easements in, over, and on said real estate for the benefit of itself and all future owners of any part of said real estate, and any unit or units thereof or therein contained, and to provide for the harmonious, beneficial, and proper use and conduct of the real estate and all units; and

WHEREAS, the Owner desires and intends that the several Unit Owners, mortgagees, Occupants, and other Persons hereafter acquiring any interest in the Property shall at all times enjoy the benefits of and shall hold their interests subject to the rights, easements, privileges, and restrictions hereinafter set forth, all of which are declared to be in furtherance of a plan to promote and protect the cooperative aspect of the Property and are established for the purpose of enhancing and perfecting the value, desirability, and attractiveness of the Property.

NOW, THEREFORE, the Owner declares as follows:

1. Definitions. Certain words and terms used in this Declaration are defined as follows:

   a. Act — The Condominium Property Act of the State of Illinois, as amended from time to time.

   b. Association — The Association of all the Unit Owners acting pursuant to the Bylaws attached hereto as Exhibit C, through its duly elected Board.

   c. Board — The board of managers of the Association as constituted at any time and from time to time. In the event the Association is incorporated, the "Board" shall mean the Board of Directors of the incorporated Association.

   d. Buildings — All structures, attached or unattached, located on the Property, containing one or more Units.

   e. Bylaws — The Bylaws of the Association, which are attached hereto as Exhibit C.

| F 234 | A |
|---|---|
| P ΛΕ | P |
| T | V |
| I 1-9-07 | |

RECORDING FEE  234—
DATE 1-9-07  COPIES 6
OK BY   AE