Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  11−36454
Chapter:  11
Judge:  Pamela S. Hollis

In Re:
  Wellington and Pulaski Condominium
  Association, Inc
  1751−D West Howard St.
  Chicago, IL 60626

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
  27−1230890

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 10, 2012Debtor's Chapter 11 bankruptcy case is dismissed, immediately. Debtor is hereby ordered to pay all outstanding United States Trustee's fees.

 

FOR THE COURT

Dated: April 10, 2012                                                        <u>Kenneth S. Gardner , Clerk</u>
                                                                                     United States Bankruptcy Court