Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 11−36454
Chapter: 11
Judge: Pamela S. Hollis

In Re:
  Wellington and Pulaski Condominium
  Association, Inc
  1751−D West Howard St.
  Chicago, IL 60626

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
  27−1230890

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 10, 2012Debtor's Chapter 11 bankruptcy case is dismissed, immediately. Debtor is hereby ordered to pay all outstanding United States Trustee's fees.

FOR THE COURT

Dated: April 10, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 11-36454-PSH
Wellington and Pulaski Condominium Assoc                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2             Date Rcvd: Apr 10, 2012
                              Form ID: ntcdsm            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2012.
db          +Wellington and Pulaski Condominium Association, In,    1751-D West Howard St.,
              Chicago, IL 60626-1645
17913278    +Anthony C Campanale & Assoc,    19 S LaSalle St,   Suite 1500,    Chicago, IL 60603-1413
17791856    +Berton C. Ring & Associates, PC,    123 W. Madison St,    Suite 1500,   Chicago, IL 60602-4612
17791857    +City of Chicago,    PO Box 6330,   Chicago, IL 60680-6330
17791858    +City of Chicago,    c/o Corporation Counsel,    30 N LaSalle St,   Suite 800,
              Chicago, IL 60602-3542
17913279    +Codilis & Associates,    15W030 North Frontage Road,    Burr Ridge, IL 60527-6921
17791859    +Deutsche Bank NA,    c/o Codilis & Assoc,   15W030 N Frontage Road,    Burr Ridge, IL 60527-6921
17791860    +Federal Home Loan Mortgage Corp,    5000 Plano Parkway,    Carrollton, Texas 75010-4900
17791861     Federal National Mortgage Association,    c/o Ofc of the Secretary,    Mailstop 1H 2S 05,
              3900 Wisconsin Avenue NW,    Washington, DC 20016-2892
17791862    +Flood Brothers,    17W697 Butterfield Road,    Suite E,   Oak Brook Terrace, IL 60181-4042
17791863    +Garelli Grogan Hesse & Hauert,    340 W Butterfield Road,    Suite 2A,   Elmhurst, IL 60126-5042
17791864    +Groot Industries,    PO Box 92317,   Elk Grove Village, IL 60009-2317
17913280    +James Reed,   310 Busse Road,    Park Ridge, IL 60068-3251
17791865     Makendy Investment Corp.,    1751D W. Howard St.,    PMB 248,   Park Ridge, IL 60068
17791866    +People's Gas,   310 Busse Road,    Park Ridge, IL 60068-3251,    09/14/2011 08:39:36am
18141787     Provest Realty Services, Inc.,    1751D W. Howard St,    PMB 248,   Park RIdge, IL 60068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: bchavez              Page 2 of 2              Date Rcvd: Apr 10, 2012
                               Form ID: ntcdsm            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2012 at the address(es) listed below:
          Adam S Tracy    on behalf of Debtor  Wellington and Pulaski Condominium Association, Inc
           at@tracyfirm.com
          Esther E Tryban Telser    on behalf of Creditor  City of Chicago, a municipal corporation
           etrybantelser@cityofchicago.org
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                          TOTAL: 3